## Turner and Standafer v. Commonwealth.

(Decided December 1, 1925.)

### Appeal from Clay Circuit Court.

Criminal Law—Verdict Held Unsupported by Evidence.—In liquor prosecution, where no proof is made or offered as to time at which alleged offense occurred, verdict held not supported by evidence.

ROY HOUSE for appellants.

FRANK E. DAUGHERTY, Attorney General, and CHARLES F. CREAL, Assistant Attorney General, for appellee.

Opinion of the Court by Judge McCandless—Reversing.

Defendants appeal from a judgment of conviction on the charge of manufacturing intoxicating liquor. No proof was made or offered as to the time at which the alleged offense occurred, hence the verdict is not supported by the evidence. Patrick v. Com., 196 Ky. 18. No other questions are considered on this appeal.

Wherefore, the judgment is reversed and cause remanded for proceedings consistent with this opinion.